IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SFA SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 6:14-cv-171-KNM |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| EBAY INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF'S REPLY TO DEFENDANT EBAY INC.'S COUNTERCLAIMS

Plaintiff SFA Systems, LLC ("SFA") replies to the counterclaims set forth by Defendant eBay Inc. ("Defendant") in Defendant's Answer, Defenses, and Counterclaims to SFA Systems, LLC's Complaint ("Counterclaim") as follows:

### PARTIES

1. SFA admits the allegations of paragraph 1.

2. SFA admits the allegations of paragraph 2.

### JURISDICTION

3. The allegations of paragraph 3 are legal conclusions and do not require a responsive pleading. To the extent a response is required, SFA does not dispute that the Counterclaim purports to seek a declaratory judgment and this Court has jurisdiction over the subject matter of this action.

4. The allegations of paragraph 4 are legal conclusions and do not require a responsive pleading. To the extent a response is required, SFA admits the Court has jurisdiction over it for this judicial action.

5. The allegations of paragraph 5 are legal conclusions and do not require a responsive pleading. To the extent a response is required, SFA admits that there is an actual controversy between SFA and Defendant regarding Defendant's infringement of the patents-in-suit, which are presumed to be valid.

## COUNT ONE

## DECLARATION OF NON-INFRINGEMENT OF THE '525 PATENT

6. SFA incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 5 above.

7. SFA denies the allegations of paragraph 7.

8. SFA denies the allegations of paragraph 8.

## COUNT TWO

## DECLARATION OF NON-INFRINGEMENT OF THE '341 PATENT

9. SFA incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 5 above.

10. SFA denies the allegations of paragraph 10.

11. SFA denies the allegations of paragraph 11.

## COUNT THREE

## DECLARATION OF INVALIDITY OF THE '525 PATENT

12. SFA incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 5 above.

13. SFA denies the allegations of paragraph 13.

14. SFA denies the allegations of paragraph 14.

## COUNT FOUR

## DECLARATION OF INVALIDITY OF THE '341 PATENT

15.     SFA incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 5 above.

16.     SFA denies the allegations of paragraph 16.

17.     SFA denies the allegations of paragraph 17.

## JURY DEMAND

To the extent a response is required, Inventor Holdings does not dispute that the Counterclaim purports to seek a trial by jury. SFA repeats its demand for a trial by jury on all issues so triable.

## GENERAL DENIAL

SFA denies each and every allegation of the Counterclaim that is not expressly admitted or to which SFA has not specifically responded.

## AFFIRMATIVE DEFENSES

By way of further answer, as Affirmative Defenses to the Counterclaim, and without assuming any burden that it would not otherwise have, SFA states as follows:

## FIRST AFFIRMATIVE DEFENSE

Defendant's Counterclaim fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

SFA expressly reserves the right to assert any other legal or equitable defenses to which it is entitled.

## **PRAYER FOR RELIEF**

WHEREFORE, SFA denies Defendant is entitled to any judgment or relief in its favor, including the relief sought in the Prayer For Relief in Defendant's Counterclaim, and SFA requests entry of judgment against Defendant as follows:

a.   Dismiss Defendant's Counterclaim in its entirety;

b.   Grant the relief sought in SFA's Complaint;

c.   Grant the case be declared exceptional pursuant to 35 U.S.C. § 285 and that SFA shall recover from Defendant all of SFA's reasonable expenses, including costs and attorneys' fees incurred in defending against Defendant's Counterclaim; and

d.   Grant to SFA such other relief as the Court may deem just and proper.

Dated:  June 26, 2014

*/s/ Andrew W. Spangler*
Andrew W. Spangler TX SB #24041960
spangler@spanglerlawpc.com
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, TX 75601
Telephone:  (903) 753-9300
Facsimile:  (903) 553-0403

Stamatios Stamoulis DE SB #4606
stamoulis@swdelaw.com
Richard C. Weinblatt DE SB #5080
weinblatt@swdelaw.com
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540
Facsimile:  (302) 762-1688

*Attorneys for Plaintiff*
*SFA Systems, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2014, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                          */s/Andrew W. Spangler*
                                          Andrew W. Spangler